# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HRCC, LTD., a British Virgin Islands Corporation, <br> _Plaintiff(s)_ <br> v. <br> HARD ROCK CAFE INTERNATIONAL (USA), INC., a Florida Corporation, **HARD ROCK LIMITED**, a Jersey Channel Islands Corporation, **TOM PEREZ**, an individual **HAMISH DODDS**, an individual, and **MICHAEL BEACHAM**, an individual <br> _Defendant(s)_ | Civil Action No.: 6:14-cv-2004-0RL-40KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HARD ROCK CAFÉ INTERNATIONAL (USA), INC.
6100 Old Park Lane, Orlando, FL, 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro Brito, Esq.
Zarco Einhorn Salkowski & Brito P.A.
100 SE 2nd Street, Suite 2700
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/4/14

_Signature of Clerk or Deputy Clerk_